FILED
CLERK

6/26/2020 12:45 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:19-cv-07059 |
| v. | ) Judge Azrack |
| PHILLIP VECCHIONE, DEANNA HARDING, CAPITAL ONE BANK (USA) N.A., STATE OF NEW YORK, and COUNTY OF SUFFOLK, NEW YORK, | ) Magistrate Judge Locke |
| Defendants. | ) |

## ORDER

Before the Court is the United States' motion for leave to file an amended complaint under Rule 15(a)(2), Fed.R.Civ.P.  The United States explains that the motion is made to add as a party a bank that may have a mortgage lien claim against the residential real property that is the subject of this lien enforcement action ("Property") and whose joinder was mistakenly overlooked in the filing of the original complaint.  It explains further that joining the bank will facilitate a more advantageous complete adjudication of rights and interests with respect to the Property.  Having considered the premises of the motion, and, for good cause shown, it is hereby

ORDERED that the motion is granted, and it is

ORDERED FURTHER that the United States shall have seven days from the date of entry of this Order to file an amended complaint like the one accompanying its motion for leave.

It is SO ORDERED this _26th day of June, 2020.

___/s/ (JMA)_____
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE