UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

PHILLIP VECCHIONE, DEANNA HARDING, CAPITAL ONE BANK (USA) N.A., STATE OF NEW YORK, COUNTY OF SUFFOLK, NEW YORK, and JPMC SPECIALTY MORTGAGE LLC f/k/a WM SPECIALTY MORTGAGE LLC,

          Defendants.

Civil Action No.: 2:19-cv-7059

**NOTICE OF APPEARANCE AND RESERVATION OF RIGHTS**

---

**PLEASE TAKE NOTICE**, that BONCHONSKY & ZAINO, LLP hereby appears as counsel on behalf of JPMC SPECIALTY MORTGAGE LLC f/k/a WM SPECIALTY MORTGAGE LLC ("JPMC") in this matter. Any and all notices, correspondence, papers and filings in this action should be forwarded to the undersigned at the office and post office address stated below.

**PLEASE TAKE FURTHER NOTICE,** that JPMC states that this Notice of Appearance does **not** constitute a waiver of its right to oppose any motions or proposed orders or any other rights, interests, claims or actions to which it is or may be entitled, in law or equity, all of which are expressly reserved.

Dated: Garden City, New York
       October 23, 2020

                              BONCHONSKY & ZAINO, LLP

              By:   /s/ Kevin M. Butler
                      Kevin M. Butler, Esq.
                      Attorneys for Defendant
                      JPMC SPECIALTY MORTGAGE LLC
                      f/k/a WM SPECIALTY MORTGAGE LLC
                      226 Seventh Street, Suite 200
                      Garden City, New York 11530
                      Telephone: (516) 747-1400
                      Fax: (516) 747-1455
                      Email: kbutler@bzlawny.com