UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-against-<br><br>PHILLIP VECCHIONE, DEANNA HARDING, CAPITAL ONE BANK (USA) N.A., STATE OF NEW YORK, COUNTY OF SUFFOLK, NEW YORK, and JPMC SPECIALTY MORTGAGE LLC f/k/a WM SPECIALTY MORTGAGE LLC,<br><br>        Defendants. | Civil Action No.: 2:19-cv-7059<br><br>**CORPORATE DISCLOSURE STATEMENT** |

---

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC, by its undersigned counsel, states as follows: JPMC Specialty Mortgage LLC is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated: Garden City, New York
    March 29, 2021

                        BONCHONSKY & ZAINO, LLP

                By: /s/ Kevin M. Butler
                     Kevin M. Butler, Esq.
                     Attorneys for Defendant
                     JPMC SPECIALTY MORTGAGE LLC
                     f/k/a WM SPECIALTY MORTGAGE LLC
                     226 Seventh Street, Suite 200
                     Garden City, New York 11530
                     Telephone: (516) 747-1400
                     Fax: (516) 747-1455
                     Email: kbutler@bzlawny.com